AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:21MJ22LDA |
| John Daniel Macintyre, YOB: 1989 | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 17, 2021** in the county of _____ in the
_____ District of **Rhode Island**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B). | Possession of child pornography. |

This criminal complaint is based on these facts:
See the attached Affidavit of Special Agent Michael Agostinho of the Department of Homeland Security ("HSI").

☑ Continued on the attached sheet.

_MICHAEL AGOSTINHO_
Special Agent
*Complainant's signature*

Special Agent Michael Agostinho - HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: March 17, 2021

_Judge's signature_

City and state: Providence, Rhode Island

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*