PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION   ☐ INDICTMENT   ☒ COMPLAINT

CASE NO.   1:21MJ22LDA

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile

☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added
                        ☐ Indictment   ☐ Charges/Counts Added
                        ☐ Information

USA vs.

Defendant: John Daniel Macintyre

Address: ████████████████

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND
Divisional Office

Name and Office of Person
Furnishing Information on
THIS FORM

RICHARD B. MYRUS
☒ U.S. Atty   ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst.
U.S. Attorney
(if assigned)       Ronald R. Gendron

☐ Interpreter Required   Dialect: _____

Birth
Date ████████    ☒ Male    ☐ Female    ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Homeland Security Investigations

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP   20,   21   or   40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

   ☐ U.S. Atty   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE  NO.

Place of
offense    RHODE ISLAND          County

**DEFENDANT**

Issue:   ☑ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 2252A(a)(5)(B) | Possession of Child Pornography | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |