AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island  ▾

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOHN MACINTYRE | )   Case No.  1:21-MJ-22 LDA |
| | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

     I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

     I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.


Date:    03/31/2021

/s/ John MacIntyre
*Defendant's signature*

/s/ Rebecca L. Aitchison
*Signature of defendant's attorney*

Rebecca L. Aitchison, RI #8610
*Printed name and bar number of defendant's attorney*


*Address of defendant's attorney*


*E-mail address of defendant's attorney*


*Telephone number of defendant's attorney*


*FAX number of defendant's attorney*