# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,
v.                                           Case No.: 1:21−mj−00022−LDA

John Daniel Macintyre
Defendant.

## ORDER OF COURT

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ordered that the Federal Public Defender be appointed to represent the above−named defendant in this case until further order of the Court. The Clerk shall enter counsel's appearance. A notice of appearance need not be filed.

It is so ordered.

March 31, 2021                                  By the Court:

                                                                  /s/ Lincoln D. Almond
                                                                  United States Magistrate Judge