## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**v.**

| |
|---|

**Criminal Case No. 1:21-mj-00022-LDA**

**JOHN D. MACINTYRE**

### ASSENTED MOTION TO EXCLUDE CERTAIN TIME
### UNDER THE SPEEDY TRIAL ACT

The United States, by and through its attorneys, Richard B. Myrus, Acting United States Attorney, and Ronald R. Gendron, Assistant U.S. Attorney, and defendant, by and through his attorney, Rebecca L. Aitchison, Assistant Federal Defender, jointly move this Honorable Court to extend the time under 18 U.S.C. § 3161(b) within which an indictment or information must be filed in this matter to **Monday, May 17, 2021**. As grounds for this motion, the government and the defendant state as follows:

1. The government and defendant are exchanging information in an effort to resolve the matter in a mutually agreeable manner.
2. A disposition short of an Indictment and trial will result in a resolution of this matter on terms agreeable to the government and Defendant and would conserve judicial resources by eliminating the need for further pre-trial and trial proceedings.
3. Both the United States and defendant seek a continuance and assent to it.
4. Defense counsel and defendant agree that if this motion is granted, any delay caused by it shall be excluded for purposes of calculations under the Speedy Trial Act.

WHEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice will be served by excluding the aforementioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy Indictment and/or trial.  If

requested, a proposed Order will be submitted to the Court.

Respectfully submitted,

RICHARD B. MYRUS
Acting United States Attorney

/s/ Ronald R. Gendron
RONALD R. GENDRON
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
ronald.gendron@usdoj.gov
Tel: 401-709-5000
Fax: 401-709-5001

## CERTIFICATE OF SERVICE

I, hereby certify that on this 16th day of April, 2021, I caused the within Motion to Exclude Time to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

/s/ Ronald R. Gendron
RONALD R. GENDRON
Assistant U.S. Attorney