UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN D. MACINTYRE | Criminal Case No. 1:21-mj-00022-LDA |

ORDER EXCLUDING CERTAIN TIME
UNDER THE SPEEDY TRIAL ACT

The United States, by and through its attorneys, Richard B. Myrus, Acting United States Attorney, and Ronald R. Gendron, Assistant U.S. Attorney, and defendant, by and through his attorney, Rebecca L. Aitchison, Assistant Federal Defender, jointly moved this Court to extend the time under 18 U.S.C. § 3161(b) within which an indictment or information must be filed in this matter to **Monday, May 17, 2021**;

IT IS THE FINDING OF THIS COURT that the ends of justice are served by excluding the aforementioned time period and outweigh the interest of the public and the defendant in the filing of an Information or Indictment pursuant to 18 U.S.C. § 3161(7)(A) for the following reasons:

1. The government and defendant are exchanging information in an effort to resolve the matter in a mutually agreeable manner.
2. A disposition short of an Indictment and trial will result in a resolution of this matter on terms agreeable to the government and Defendant and would conserve judicial resources by eliminating the need for further pre-trial and trial proceedings.
3. Both the United States and defendant sought a continuance and assent to it.
4. Defense counsel and defendant agree that any delay caused by said extension of time shall be excluded for purposes of calculations under the Speedy Trial Act.

**WHEREFORE, it is hereby ORDERED:**

That the period through **Monday, May 17, 2021**, shall be excluded from the period within which an Information or an Indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).

_____          Date: __4/19/2021_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE